**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7934**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

RICHARD A. SANTIAGO, a/k/a Rick,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:06-cr-00515-HEH-1)

_____

Submitted: May 18, 2016          Decided: May 20, 2016

_____

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard A. Santiago, Appellant Pro Se. Angela Mastandrea-Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard A. Santiago appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Santiago</u>, No. 3:06-cr-00515-HEH-1 (E.D. Va. Nov. 24, 2015). We dispense with oral argument because the facts and legal conclusions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2